IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MARCIA WALL; and <br> CAROL GRIMES, | : <br> : <br> : | |
| Plaintiffs, | : <br> : | Case No.: 5:05-cv-348 (CAR) |
| v. | : <br> : | |
| ALEXIS CHASE, et al., | : <br> : | |
| Defendants. | : | |

***ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION***

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 167] that Defendants' Motion for Summary Judgment [Doc. 150] be granted. Plaintiffs' counsel filed an Objection to the Recommendation [Doc. 168]. The Objection, however, repeats nearly verbatim Plaintiffs' Response to Defendants' Motion for Summary Judgment [Doc. 163], complete with typographical errors. In fact, after comparing the two, the Court strongly suspects that Plaintiffs' counsel merely copied and pasted the language of his Response brief into a new word-processing document, which he then titled "Plaintiffs' Objections to the Magistrate Judge's Report and Recommendation." Given the lack of specific objections to the Magistrate Judge's Report and Recommendations, it is virtually impossible for the Court to decipher the grounds upon which Plaintiffs' counsel contends the Magistrate Judge erred.

Nevertheless, the Court, having considered the Recommendation, agrees with the Magistrate Judge. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED,** this 12th day of February, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

AEG/ssh